1  James W. Brody (*pro hac vice*)
2  James@BrodyGapp.com
   Scott Harkless (*pro hac vice*)
3  Scott@BrodyGapp.com
   Monica Davies (*pro hac vice*)
4  mdavies@BrodyGapp.com
5  BRODY GAPP LLP
   2102 Business Center Dr., Suite 2047
6  Irvine, CA 92612
7  *Attorneys for Plaintiff, NEXA Mortgage, LLC*

8          Scott F. Gibson, #010884
9         SGibson@DentonPeterson.com

10        DENTON PETERSON DUNN
          ATTORNEYS & COUNSELORS AT LAW
11        930 N. ARBOLEDA ROAD, SUITE 200
          MESA, ARIZONA 85213
12        TELEPHONE: (480) 325-9900
          FACSIMILE: (480) 325-9901
          HTTPS://ARIZONABUSINESSLAWYERAZ.COM
13        *Attorneys for Plaintiff*

14

## UNITED STATES DISTRICT COURT

15

## DISTRICT OF ARIZONA

16

| | |
|---|---|
| 17  NEXA Mortgage, LLC, an Arizona limited liability company, | No. Case No. 2:25-cv-01506-GMS |
| 18 | |
| 19          Plaintiff, | **STIPULATION FOR EXTENSION OF DEADLINES UNDER CASE MANAGEMENT ORDER** |
| 20  vs. | |
| 21  Kristine Wake, an individual; Mathew L. Grella, an individual; Sheridan Murray-Grella, an individual; Platinum One Lending, LLC, a Michigan limited liability company; Does 1 through 25, inclusive, | |
| 22 | |
| 23 | |
| 24          Defendants, | |
| 25 | |

1

Plaintiff NEXA Mortgage, LLC ("NEXA"), by and through its undersigned counsel, Defendant Kristine Wake ("Wake"), by and through her undersigned counsel, and Defendants Mathew L. Grella ("Grella"), Sheridan Murray-Grella ("Murray-Grella"), and Platinum One Lending, LLC ("Platinum One") (collectively, "the Grella/Platinum One Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court entered the Case Management Order ("CMO") on October 3, 2025, establishing deadlines governing discovery, expert disclosures, motion practice, and related pretrial matters;

WHEREAS, at the time the CMO was issued, Wake was the only Defendant in these proceedings;

WHEREAS, with leave of Court, NEXA filed an Amended Complaint on November 4, 2025, adding the Grella/Platinum One Parties as Defendants;

WHEREAS, Platinum One was served with the Amended Complaint on November 14, 2025;

WHEREAS, both Grella and Murray-Grella were served with the Amended Complaint on November 17, 2025;

WHEREAS, Defendants' counsel contacted counsel for NEXA on December 4, 2025 to request an extension of time to respond to the Amended Complaint;

WHEREAS, counsel for NEXA and the Grella/Platinum One Parties negotiated an extension of time for the Grella/Platinum One Parties to respond to the Amended Complaint, to accommodate for travel schedules over the holidays and unforeseen circumstances pertaining to other clients that presented significant challenges for the Grella/Platinum One Parties' counsel;

WHEREAS, NEXA and the Grella/Platinum One Defendants agreed that the date by which the Grella/Platinum One Defendants should be required to respond to the Amended Complaint should be extended to January 2, 2026, and filed a Stipulation to that effect on December 16, 2025. The Court entered an Order granting the Stipulation on December 7, 2025;

WHEREAS, the parties have been diligent in pursuing discovery, while extending reasonable professional courtesies (including extensions) to one another in their efforts to advance this litigation, including the following:

- NEXA's service of Interrogatories, Requests for Admission, and Requests for Production of Documents on Wake on October 10, 2025;
- Wake's responses to Requests for Admission served on November 7, 2025, along with a request for an extension of time to respond to Interrogatories and Requests for Production to November 24, 2025, to which NEXA agreed;
- NEXA's service of a Notice of Deposition on Wake (with a mutually agreeable date to be confirmed) on November 24, 2025;
- Wake's second request for an extension of time to respond to Interrogatories and Requests for Production to December 5, 2025, in light of holiday schedules, to which NEXA agreed;
- NEXA's service of its first Requests for Admission, Requests for Production, and Interrogatories on Platinum One on January 9, 2026;
- NEXA's service of its first Requests for Admission and Interrogatories on Grella on January 9, 2026;
- The Grella/Platinum One Parties' service of Initial Disclosures on February 2, 2026;
- The Grella/Platinum One Parties' February 5, 2026 request for an extension of time to respond to NEXA's first set of written discovery requests to February 27, 2026, to which NEXA agreed; and
- Wake's service of Interrogatories and Requests for Production to NEXA on February 6, 2026.

WHEREAS, based on the foregoing and for good cause shown, the Parties agree that a brief extension of sixty (60) days for all remaining deadlines under the CMO—including discovery, expert disclosure, motion, and other pretrial deadlines—is warranted. This extension will enable the Parties to complete necessary discovery and address related matters. Accordingly, the Parties respectfully request the Court's approval of this extension.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the CMO should be amended as follows:

1. **Plaintiff Expert Disclosures: April 24, 2026**.

2. **Defendant Expert Disclosures: May 22, 2026**.

3. **Rebuttal Expert Disclosures: June 5, 2026**.

4. **Completion of Expert Discovery: July 17, 2026**.

5. **Deadline for Good-Faith Settlement Talks and Joint Report: July 31, 2026**.

6. **Deadline for Filing Dispositive Motions: September 11, 2026**.

7. **Deadline for Notice of Readiness for Final Pretrial Conference:** shall remain seven (7) days after the dispositive-motion deadline, and therefore be extended consistent with the foregoing to **September 18, 2026**, if no dispositive motions are pending, or seven (7) days after resolution of any dispositive motions.

Dated February 13, 2026.

**BRODY GAPP, LLP**

/s/ *Monica Davies*
James W. Brody (*pro hac vice*)
Scott Harkless (*pro hac vice*)
Monica Davies (*pro hac vice*)
2102 Business Center Drive, Suite 2047
Irvine, California 92612
*Attorneys for Plaintiff, NEXA Mortgage, LLC*

**DENTON PETERSON DUNN, PLLC**
Scott F. Gibson
1930 N. Arboleda Road, Suite 200
Mesa, Arizona 85213
*Attorneys for Plaintiff, NEXA Mortgage, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Michael D. Zoldan
**SHIELDS PETITTI & ZOLDAN, PLC**
  Michael D. Zoldan
  5090 North 40th Street, Suite 207
  Phoenix, Arizona 85018
  *Attorneys for Defendant, Kristine Wake*


/s/ Patricia Ronan
**MESTAZ LAW**
  Daniel B. Mestaz
  Matthew Hersh
  Patricia Ronan
  5090 North 40th Street, Suite 200
  Phoenix, Arizona 85018
  *Attorneys for Defendants, Mathew L. Grella, Sheridan Murray-Grella, and Platinum One Lending, LLC*