James W. Brody (*pro hac vice)*
James@BrodyGapp.com
Scott Harkless (*pro hac vice)*
Scott@BrodyGapp.com
Monica Davies (*pro hac vice)*
mdavies@BrodyGapp.com
BRODY GAPP LLP
2102 Business Center Dr., Suite 2047
Irvine, CA 92612
*Attorneys for Plaintiff, NEXA Mortgage, LLC*


Scott F. Gibson, #010884
SGibson@DentonPeterson.com

930 N. Arboleda Road, Suite 200
Mesa, Arizona 85213
Telephone: (480) 325-9900
Facsimile: (480) 325-9901
https://arizonabusinesslawyeraz.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| NEXA Mortgage, LLC, an Arizona limited liability company, | No. Case No. 2:25-cv-01506-GMS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF DEADLINES UNDER CASE MANAGEMENT ORDER** |
| vs. | |
| Kristine Wake, an individual; Mathew L. Grella, an individual; Sheridan Murray-Grella, an individual; Platinum One Lending, LLC, a Michigan limited liability company; Does 1 through 25, inclusive, | |
| Defendants, | |

1

Plaintiff NEXA Mortgage, LLC ("NEXA"), Defendant Kristine Wake ("Wake"), and Defendants Mathew L. Grella, Sheridan Murray-Grella, and Platinum One Lending, LLC (collectively, the "Grella/Platinum One Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Court entered the Case Management Order on October 3, 2035, as modified on February 17, 2026, ("CMO"), which established deadlines governing discovery, expert disclosures, motion practice, and related pretrial matters;

WHEREAS, the parties acknowledge that the Court previously indicated no further extensions would be granted;

WHEREAS, the parties fully appreciate and respect the Court's directive and do not make this request lightly;

WHEREAS, since entry of the modified CMO, the parties have continued to diligently pursue discovery and have exchanged multiple rounds of written discovery, including interrogatories, requests for admission, and requests for production;

WHEREAS, the parties' production of documents and supplementation of their discovery responses remain ongoing;

WHEREAS, the parties are presently engaged in good-faith meet-and-confer efforts regarding certain discovery issues and are working cooperatively to resolve those issues without court intervention;

WHEREAS, the parties anticipate that these issues will be resolved through continued cooperation but agree that, if any discovery dispute remains unresolved, the parties will bring the matter to the Court's attention no later than May 15, 2026;

WHEREAS, the parties are also working cooperatively regarding the production of confidential materials and anticipate submitting a stipulated protective order for the Court's consideration;

WHEREAS, although written discovery is nearing completion, additional time is necessary to complete document productions, resolve discovery issues through the parties' ongoing meet-and-confer efforts, and schedule and conduct depositions of the parties and relevant witnesses;

WHEREAS, the parties respectfully submit that good cause exists to modify the CMO under the facts and circumstances presented in this case;

WHEREAS, the requested extension will not prejudice any party and will promote judicial economy by allowing the parties to complete discovery and resolve issues cooperatively without unnecessary motion practice.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the deadlines set forth in the CMO should be modified as follows:

1. Fact Discovery. All fact discovery shall be completed by Friday, July 31, 2026.

2. Plaintiff Expert Disclosures. Plaintiff shall disclose expert witnesses and produce expert reports by Friday, August 21, 2026.

3. Defendant Expert Disclosures. Defendants shall disclose expert witnesses and produce expert reports by Friday, September 18, 2026.

4. Rebuttal Expert Disclosures. Any rebuttal expert disclosures shall be made by Friday, October 2, 2026.

5. Expert Discovery. All expert discovery shall be completed by Friday, October 30, 2026.

6. Settlement Discussions and Joint Report. The parties shall conduct good-faith settlement discussions and file the joint report required by the CMO by Friday, November 13, 2026.

7. Dispositive Motions. All dispositive motions shall be filed by Friday, December 11, 2026.

8. Notice of Readiness for Final Pretrial Conference. The notice of readiness for final pretrial conference shall be filed seven (7) days after the dispositive-motion deadline, or seven (7) days after resolution of any dispositive motions.

WHEREFORE, the Parties respectfully request that the Court enter an order approving the foregoing stipulation and modifying the CMO as set forth above.

Dated April 13, 2026.

**BRODY GAPP, LLP**

/s/ *Monica L. Davies*
   James W. Brody (*pro hac vice*)
   Scott Harkless (*pro hac vice*)
   Monica Davies (*pro hac vice*)
   2102 Business Center Drive, Suite 2047
   Irvine, California 92612
   *Attorneys for Plaintiff, NEXA Mortgage, LLC*

**DENTON PETERSON DUNN, PLLC**
   Scott F. Gibson
   1930 N. Arboleda Road, Suite 200
   Mesa, Arizona 85213
   *Attorneys for Plaintiff, NEXA Mortgage, LLC*

/s/ *Michael D. Zoldan*
**SHIELDS PETITTI & ZOLDAN, PLC**
   Michael D. Zoldan
   5090 North 40th Street, Suite 207
   Phoenix, Arizona 85018
   *Attorneys for Defendant, Kristine Wake*

/s/ *Patricia E. Ronan*
**MESTAZ LAW**
   Daniel B. Mestaz
   Patricia E. Ronan
   Jerry S. Smith
   5090 North 40th Street, Suite 200
   Phoenix, Arizona 85018
   *Attorneys for Defendants, Mathew L. Grella, Sheridan Murray-Grella, and Platinum One Lending, LLC*

4