**DENTON PETERSON DUNN, PLLC**
Scott F. Gibson (SB 010884)
1930 N. Arboleda Road, Suite 200
Mesa, Arizona 85213

**BRODY GAPP, LLP**
James W. Brody (*pro hac vice*)
Scott Harkless (*pro hac vice*)
Monica Davies (*pro hac vice*)
2102 Business Center Drive, Suite 2047
Irvine, California 92612
*Attorneys for Plaintiff, NEXA Mortgage, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| NEXA Mortgage, LLC, an Arizona limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>Kristine Wake, an individual; Mathew L. Grella, an individual; Sheridan Murray-Grella, an individual; Platinum One Lending, LLC, a Michigan limited liability company; Does 1 through 25, inclusive.<br><br>    Defendants. | No.: CV-25-01506-PHX-GMS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE BY NEXA MORTGAGE, LLC, OF MATHEW L. GRELLA, SHERIDAN MURRAY-GRELLA, AND PLATINUM ONE LENDING, LLC** |

NEXA Mortgage, LLC ("NEXA"), Mathew L. Grella ("Grella"), Sheridan Murray-Grella ("Murray-Grella"), and Platinum One Lending, LLC ("Platinum One"), by and through their undersigned counsel, hereby stipulate and agree that the claims asserted by

1

NEXA against Grella, Murray-Grella and Platinum One, should be dismissed in their entirety and with prejudice, with each party to bear its own attorneys' fees and costs.

This Stipulation addresses only the claims asserted against Grella, Murray-Grella and Platinum One. It does not dismiss or otherwise affect NEXA's claims against Kristine Wake, which remain pending.

Dated: July 22, 2026.

**BRODY GAPP, LLP**

*/s/ Monica Davies*
James W. Brody (*pro hac vice*)
Scott Harkless (*pro hac vice*)
Monica Davies (*pro hac vice*)
2102 Business Center Drive, Suite 2047
Irvine, California 92612
*Attorneys for Plaintiff, NEXA Mortgage, LLC*

**DENTON PETERSON DUNN, PLLC**
Scott F. Gibson
1930 N. Arboleda Road, Suite 200
Mesa, Arizona 85213
*Attorneys for Plaintiff, NEXA Mortgage, LLC*

*/s/ Patricia E. Ronan*
**MESTAZ LAW**
Daniel B. Mestaz
Patricia E. Ronan
Jerry S. Smith
5090 North 40th Street, Suite 200
Phoenix, Arizona 85018
*Attorneys for Defendants, Mathew L. Grella, Sheridan Murray-Grella, and Platinum One Lending, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2026, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE BY NEXA MORTGAGE, LLC, MATHEW L. GRELLA, SHERIDAN MURRAY-GRELLA, AND PLATINUM ONE LENDING, LLC** was served via electronic service from esaxon@brodygapp.com on pro se defendant Kristine Wake at wakekristine@gmail.com and the following counsel of record:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 22, 2026, at Michigan City, Indiana
.

*/s/ Elma Saxon*
Elma Saxon
*Paralegal*

3